# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ARROWHEAD ECD PROPERTIES, LLC   :    No. 464 MAL 2023

             v.                  :    Petition for Allowance of Appeal from the Order of the Commonwealth Court

ZONING HEARING BOARD OF WEST PIKELAND TOWNSHIP

             v.

MARY PATRICIA BRANDOLINI

PETITION OF: ARROWHEAD ECD PROPERTIES, LLC

## ORDER

**PER CURIAM**

       **AND NOW**, this 5th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.